WILLIAM McMURREY, ESQ.
Texas State Bar No. 13811100
*Pro Hac Vice* Admission Pending
OBERHEIDEN & MCMURREY, LLP
5728 Lyndon B Johnson Fwy #250
Dallas, Texas 75240
Telephone: (214) 909-6226
Email: bill@federal-lawyer.com

JEFFREY B. SETNESS, ESQ.
Nevada State Bar No. 2820
FABIAN VANCOTT
601 South Tenth Street, Suite 204
Las Vegas, Nevada 89101
Telephone: (702) 930-5728
Facsimile: (877) 898-1168
E-mail: jsetness@fabianvancott.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LASR CLINICS OF HENDERSON, LLC, a Dissolved Nevada Limited Liability Company; LASR CLINICS OF SUMMERLIN; ISRAEL VILLASENOR, D.C.; and BRIAN ROGERS, D.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF NEVADA; AND DOES I THROUGH X, INCLUSIVE.<br><br>Defendants. | CASE NO. 2:17-CV-02118-MMD-GWF<br><br>STIPULATION TO SUBSTITUTE ATTORNEY FOR PLAINTIFFS AND [PROPOSED] ORDER<br>(LOCAL RULE IA 11-6(c)) |

In accordance with Local Rule IA 11-6(c) of the Local Rules of Practice for the United States District Court for the District of Nevada, WILLIAM McMURREY, ESQ. of the law firm of OBERHEIDEN & McMURREY and JEFFREY B. SETNESS, ESQ. of the

law firm of FABIAN VANCOTT, hereby file the following Stipulation to Substitute Attorneys and Proposed Order:

Plaintiff LASR Clinics of Henderson LLC hereby nominates and appoints WILLIAM McMURREY, ESQ. of the law firm of OBERHEIDEN & McMURREY and JEFFREY B. SETNESS, ESQ. of the law firm of FABIAN VANCOTT to represent it in the above-captioned action, in place and instead of attorney DENNIS GREGORY WHICKER.

LASR CLINICS OF HENDERSON LLC,
A Dissolved Nevada Limited Liability Company

3/26/18
DATE

BY BRIAN D. ROGERS D.C. (Manager)

Plaintiff LASR Clinics of Summerlin hereby nominates and appoints WILLIAM McMURREY, ESQ. of the law firm of OBERHEIDEN & McMURREY and JEFFREY B. SETNESS, ESQ. of the law firm of FABIAN VANCOTT to represent it in the above-captioned action, in place and instead of attorney DENNIS GREGORY WHICKER.

LASR CLINICS OF SUMMERLIN

3/26/18
DATE

BY BRIAN D. ROGERS D.C. (Manager)

Plaintiff ISRAEL VILLASENOR D.C. hereby nominates and appoints WILLIAM McMURREY, ESQ. of the law firm of OBERHEIDEN & McMURREY and JEFFREY B. SETNESS, ESQ. of the law firm of FABIAN VANCOTT to represent him in the above-captioned action, in place and instead of attorney DENNIS GREGORY WHICKER.

3/26/18
DATE

ISRAEL VILLASENOR D.C.

//
//
//

Plaintiff BRIAN ROGERS D.C. hereby nominates and appoints WILLIAM McMURREY, ESQ. of the law firm of OBERHEIDEN & McMURREY and JEFFREY B. SETNESS, ESQ. of the law firm of FABIAN VANCOTT to represent him in the above-captioned action, in place and instead of attorney DENNIS GREGORY WHICKER.

3/26/18
DATE

BRIAN D. ROGERS D.C.

I agree to the substitution of WILLIAM McMURREY and JEFFREY B. SETNESS, ESQ. to represent the above-mentioned Plaintiffs in the above-entitled action, in my place and stead.

3/26/2018
DATE

DENNIS GREGORY WHICKER, Esq.
2450 Wrangler Walsh Ln.
Henderson, NV 89002
Telephone: (702) 789-9093
Email: gwhickeresq@yahoo.com

I hereby agree to accept this substitution to represent the above-mentioned Plaintiffs in the above-entitled action.

MARCH 28, 2018
DATE

WILLIAM McMURREY, ESQ.
*Pro Hac Vice* Admission Pending
OBERHEIDEN & MCMURREY, LLP
5728 Lyndon B Johnson Fwy #250
Dallas, Texas 75240
Telephone: (214) 909-6226
Email: bill@federal-lawyer.com

MARCH 28, 2018
DATE

JEFFREY B. SETNESS, ESQ.
Nevada State Bar No. 2820
FABIAN VANCOTT
601 South Tenth Street, Suite 204
Las Vegas, Nevada 89101
Telephone: (702) 930-5728
E-mail: jsetness@fabianvancott.com

STIPULATION TO SUBSTITUTE ATTORNEY FOR PLAINTIFFS
AND [PROPOSED] ORDER - 3

## ORDER

Based upon the Stipulation of the Parties and Counsel and good cause appearing, IT IS SO ORDERED.

DATED this 29th day of March 2018.

*George Foley Jr.*
GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE