WILLIAM C. McMURREY, ESQ.
Texas State Bar No. 13811100
*Pro Hac Vice* Admission Pending
OBERHEIDEN & MCMURREY, LLP
5728 Lyndon B Johnson Fwy #250
Dallas, Texas 75240
Telephone: (214) 909-6226
Email: bill@federal-lawyer.com

JEFFREY B. SETNESS, ESQ.
Nevada State Bar No. 2820
FABIAN VANCOTT
601 South Tenth Street, Suite 204
Las Vegas, Nevada 89101
Telephone: (702) 930-5728
Facsimile: (877) 898-1168
E-mail: jsetness@fabianvancott.com

*Attorneys for Plaintiffs LASR Clinics of Henderson, LLC; LASR Clinics of Summerlin; Israel Villasenor, D.C.; and Brian Rogers, D.C.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LASR CLINICS OF HENDERSON, LLC, a Dissolved Nevada Limited Liability Company; LASR CLINICS OF SUMMERLIN; ISRAEL VILLASENOR, D.C.; and BRIAN ROGERS, D.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF NEVADA; AND DOES I THROUGH X, INCLUSIVE.<br><br>Defendants. | CASE NO. 2:17-CV-02118-MMD-GWF<br><br>STIPULATION TO DIMISS WITHOUT PREJUDICE AND ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LASR CLINICS OF HENDERSON LLC; Plaintiff LASR CLINICS OF SUMMERLIN; Plaintiff

ISRAEL VILLASENOR, D.C.; and Plaintiff BRIAN ROGERS D.C. (hereinafter collectively referred to as "Plaintiffs"); by and through their attorneys William C. McMurrey of the law firm of Oberheiden and McMurrey and Jeffrey B. Setness of the law firm of Fabian VanCott and Defendant UNITED STATES DEPARTMENT OF JUSTICE; and Defendant UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF NEVADA (hereinafter collectively referred to as "Defendants") by and through Assistant United States Attorney Roger W. Wenthe that the above-captioned action and every cause of action or claim be dismissed without prejudice pursuant to FRCP 41, with each party to bear their own attorney's fees and costs.

DATED March 29, 2018

OBERHEIDEN & McMURREY

 /s/ *William C.McMurrey*  
WILLIAM C. McMURREY  
*Attorneys for Plaintiffs LASR Clinics of Henderson, LLC, A Dissolved Nevada Limited Liability Company; LASR Clinics of Summerlin; Israel Villasenor, D.C.; and Brian Rogers, D.C.*

FABIAN VANCOTT

 /s/ *Jeffrey B. Setness*  
JEFFREY B. SETNESS  
*Attorneys for Plaintiffs LASR Clinics of Henderson, LLC, A Dissolved Nevada Limited Liability Company; LASR Clinics of Summerlin; Israel Villasenor, D.C.; and Brian Rogers, D.C.*

DATED March 29, 2018

DAYLE ELIESON  
United States Attorney

 /s/ *Roger W. Wenthe*  
ROGER W. WENTHE  
Assistant United States Attorney  
*Attorney for Defendants United States Department of Justice and United States Attorney's Office for the District of Nevada*

**ORDER**

Based upon the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action be dismissed without prejudice with each party to bear their own attorney's fees and costs.

_March 29, 2018_  
DATE

_____  
MIRANDA M. DU  
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

In accordance with Rule 5 of the Federal Rules of Civil Procedure and LR 5-1 of the Local Rules of Practice of the United States District Court for the District of Nevada, I certify that I am an employee of FABIAN VANCOTT and that on this 29th day of March 2018, I did cause a true copy of:

**STIPULATION TO DISMISS WITHOUT PREJUDICE AND [PROPOSED] ORDER**

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System in this action.

By: */s/ Anna G. Gawens*
An employee of
FABIAN VANCOTT